IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor, by her father and Next friend, Said Mohamed<br>4419 Sansom St.<br>Philadelphia, PA 19104<br>and<br>SAID MOHAMED<br>4419 Sansom St.<br>Philadelphia, PA 19104<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>　　　Serve:<br>Peter D. Keisler<br>Acting Attorney General of the United States<br>Room B-103<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br><br>Jeffrey Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street, N.W. – 5th Floor<br>Washington, DC, 20530<br><br>and<br><br>GENERAL SERVICES ADMINISTRATION "GSA"<br>　　　Serve:<br>Eugenia Ellison<br>Associate General Counsel<br>General Services Administration "GSA"<br>1800 F Street N.W. – Room 4115<br>Washington, DC 20405<br><br>and<br><br>EMCOR GOVERNMENT SERVICES INC<br>t/a Consolidated Engineering Services<br>　　　Serve:<br>Corporation Service Company, Registered Agent<br>1090 Vermont Ave, NW<br>Washington, DC 20005<br><br>　　　Defendants | Civil Action No. |

**COMPLAINT**
**(Federal Tort Claim Act - Personal Injury - Negligence)**

COME NOW plaintiffs, Hanane Mohamed, a minor, by her father and next friend, Said Mohamed, and Said Mohamed, through their attorneys, Hilton & Somer, LLC and David L. Hilton and Marvin Liss, bring this action against the Defendants, the United Stated of America and EMCOR Government Services, Inc. t/a Consolidated Engineering Services, and for their cause of action state as follows:

1. Jurisdiction of this Court is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §2671, et seq.

2. Plaintiff, Hanane Mohamed, a minor is the daughter of Said Mohamed. She resides in Philadelphia, Pennsylvania and brings this action through her father and legal guardian, Said Mohamed.

3. Plaintiff, Said Mohamed, brings this action to recover medical and other expenses related to the injuries suffered by his minor daughter, Hanane Mohamed.

4. The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b).

5. Plaintiffs timely filed their administrative claim with the U.S. General Services Administration, and by letter dated April 26, 2007 their claim was denied. A copy of the letter is attached hereto as Exhibit A. Plaintiffs have elected to commence this action pursuant to 28 U.S.C. § 2675(a).

6. During the afternoon of July 3, 2005 the minor plaintiff, accompanied by her father, was walking within a marked cross walk along D Street, close to the intersection with 3rd Street, N.W. in the District of Columbia which partially contained a steam vent.

7. As the minor plaintiff crossed the street, suddenly and without warning, the vent emitted scalding steam which severely burned one of her legs.

8. The steam distribution complex which produced the scalding steam in question is operated by the General Services Administration and maintained by EMCOR Government Services Inc. t/a Consolidated Engineering Services.

9. Both defendants were negligent in that they caused, permitted and allowed scalding steam to be emitted from a vent where pedestrians crossing the street would be in danger of becoming harmed by the escaping steam.

10. The minor plaintiff and her father also rely upon the doctrine of *Res Ipsa Loquitur*.

11. The minor plaintiff suffered a painful burn from the escaping steam, was required to seek medical care and has been left with a change of the pigmentation of her skin. Her father, Said Mohamed, incurred expense for her medical care.

**WHEREFORE**, the minor plaintiff demands judgment against the Defendants, jointly and severally, in the amount of One Hundred Fifty Thousand Dollars ($150,000.00) plus interest and cost of this action. Plaintiff Said Mohamed demands judgment against the Defedants, jointly and severally in the amount of the medical expenses incurred on behalf of the minor plaintiff in the amount of $1,000.00, plus interest and cost of this action.

Respectfully submitted,

HILTON & SOMER, L.L.C.

By:    /s/    David L. Hilton
David L. Hilton, Esq. #173948
8303 Arlington Blvd. - Suite 102
Fairfax, VA 22031
(703) 560-0700

   /s/    Marvin Liss
Marvin Liss, Esq. #433592
5101 Wisconsin Ave., NW - Suite 302
Washington, DC 20016
(202) 237-6300
Counsel for Plaintiffs

3

MAY 0 1 2007

**GSA**

GSA National Capital Region

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

April 26, 2007

Robert M. Somer, Esquire
Hilton & Somer, LLC
8303 Arlington Boulevard
Suite 102
Fairfax, VA 22031

RE:     Administrative Tort Claim—Hanane Mohamed
        Date of Accident: July 03, 2005
        Claim No.: WL-T07-001

Dear Mr. Somer:

This responds to your claim in the amount of $1,000,000 for personal injury to your client, Hanane Mohammed. Your client alleges that she was burned by steam emanating from a steam grate or manhole cover located on the sidewalk at or near the corner of 3rd and D Streets, NW, Washington, DC. For the reason discussed below, I am denying your claim.

You filed this claim under the Federal Tort Claims Act, 28 U.S.C. § 2672, which provides for the settlement of claims "caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." Here, there is no evidence that an employee of the General Services Administration was negligent. For your information, preventative maintenance for the Steam Distribution Complex is performed by Consolidated Engineering Services, located at 320 23rd Street, Suite 100, Arlington, Virginia 22202.

If you disagree with this determination and wish to pursue the matter further, you must file suit in the appropriate United States District Court within six months of the date of this letter.

Sincerely,

*Paula DeMuth*

Paula DeMuth
Acting Regional Counsel

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Hanane Mohamed, minor by her father, Said Mohamed and Said Mohamed

## DEFENDANTS
U.S.A. and G.S.A. and EMCOR Government Services, Inc. t/a: Consolidated Engineering Services

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) Washington, DC
NOTE: IN CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Marvin Liss
5101 Wisconsin Ave, NW
Suite 302
Washington, DC 20016
(202) 237-6300

HILTON & SOMER, LLC
8303 Arlington Blvd., Suite 102
Fairfax, VA 22031
(703) 560-0700

Case: 1:07-cv-01869
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/17/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*
☐ 410 Antitrust

⊙ **B.** *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*   OR   ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FTCA, 28 U.S.C. Section 1346(b) & Section 2671, et seq

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 150,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE October 16, 2007   SIGNATURE OF ATTORNEY OF RECORD   /s/ Marvin Liss

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.