AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hanane Mohamed, a minor
and Said Mohamed
4419 Sansom Street
Philadelphia, PA 19104

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, et al,

CASE NUMBER: 07-cv-1869 RMC

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA Michael B. Mukasey,
SERVE: ~~Peter D. Keisler~~, ~~Acting~~ Attorney General of the United States
950 Pennsylvania Avenue, NW
Room ~~B-103~~ 4400
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Liss, 5101 Wisconsin Avenue, NW, Suite 302, Washington, DC
20016; (202) 237-6300

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC -3 2007
DATE

(By) DEPUTY CLERK

RECEIVED

JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HANANE MOHAMED, a minor, by her father and )
Next friend, Said Mohamed )
4419 Sansom St. )
Philadelphia, PA 19104 )
and )
SAID MOHAMED )
4419 Sansom St. )
Philadelphia, PA 19104 )
)
    Plaintiffs, )
)
v. )    Civil Action No.
)
UNITED STATES OF AMERICA )    07-cv-1869
    Serve: )
Peter D. Keisler )
Acting Attorney General of the United States )
Room B-103 )
950 Pennsylvania Avenue, N.W. )
Washington, DC 20530-0001 )
)
Jeffrey Taylor )
U.S. Attorney for the District of Columbia )
555 4th Street, N.W. – 5th Floor )
Washington, DC, 20530 )
)
and )
)
GENERAL SERVICES ADMINISTRATION "GSA" )
    Serve: )
Eugenia Ellison )
Associate General Counsel )
General Services Administration "GSA" )
1800 F Street N.W. – Room 4115 )
Washington, DC 20405 )
)
and )
)
EMCOR GOVERNMENT SERVICES INC )
t/a Consolidated Engineering Services )
    Serve: )
Corporation Service Company, Registered Agent )
1090 Vermont Ave, NW )
Washington, DC 20005 )
)
    Defendants )

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

HANANE MOHAMED, a minor and Said Mohamed,
        Plaintiff,

vs.                                                    Case No. 07-CV-1869 RMC

United States of America, et al,
        Defendant,

---

## AFFIDAVIT OF SERVICE

STATE OF VIRGINIA:

COUNTY OF (SPOTSYLVANIA) *Fairfax* to wit:

    This day Jannette Stewart-Cureton, personally appeared before the undersigned Notary Public in and for the City/County and State aforesaid, and, having been first duly sworn according to law, deposes and states as follows: that she is not a party to, or otherwise interested in, the subject matter in controversy in the within cause, and that she is over the age of 18 years.

    That on the 21st day of December, 2007, at 12:40 o'clock p.m., she served the within Summons in a Civil Case; and Complaint on the United States Attorney General for the United States of America, at 950 Pennsylvania Avenue, N.W., Room 4400, Wasiongton, D.C. 20530, by leaving same with W.T. Lee, General Clerk.
The description of W.T. Lee is:

    <u>Age:</u> 40's   <u>Sex:</u> Female   <u>Race:</u> Black   <u>Height:</u> 5'7"   <u>Weight:</u> 170   <u>Hair:</u> Black   <u>Glasses:</u> No

_____      _____
AFFIANT                                   TITLE

Tiger Legal Services
10522 Crestfield Lane
Spotsylvania, Virginia 22553
(866) 428-4437

Subscribed and sworn to before me in my City/County and State aforesaid, this 07 day of January 2008.

*Fairfax Virginia*

_____ # 7095250
NOTARY PUBLIC

06-30-2011

My commission expires:

06-30-2011

## COMPLAINT
### (Federal Tort Claim Act - Personal Injury - Negligence)

COME NOW plaintiffs, Hanane Mohamed, a minor, by her father and next friend, Said Mohamed, and Said Mohamed, through their attorneys, Hilton & Somer, LLC and David L. Hilton and Marvin Liss, bring this action against the Defendants, the United States of America and EMCOR Government Services, Inc. t/a Consolidated Engineering Services, and for their cause of action state as follows:

1. Jurisdiction of this Court is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §2671, et seq.

2. Plaintiff, Hanane Mohamed, a minor is the daughter of Said Mohamed. She resides in Philadelphia, Pennsylvania and brings this action through her father and legal guardian, Said Mohamed.

3. Plaintiff, Said Mohamed, brings this action to recover medical and other expenses related to the injuries suffered by his minor daughter, Hanane Mohamed.

4. The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b).

5. Plaintiffs timely filed their administrative claim with the U.S. General Services Administration, and by letter dated April 26, 2007 their claim was denied. A copy of the letter is attached hereto as Exhibit A. Plaintiffs have elected to commence this action pursuant to 28 U.S.C. § 2675(a).

6. During the afternoon of July 3, 2005 the minor plaintiff, accompanied by her father, was walking within a marked cross walk along D Street, close to the intersection with 3rd Street, N.W. in the District of Columbia which partially contained a steam vent.

7. As the minor plaintiff crossed the street, suddenly and without warning, the vent emitted scalding steam which severely burned one of her legs.

8. The steam distribution complex which produced the scalding steam in question is operated by the General Services Administration and maintained by EMCOR Government Services Inc. t/a Consolidated Engineering Services.

9. Both defendants were negligent in that they caused, permitted and allowed scalding steam to be emitted from a vent where pedestrians crossing the street would be in danger of becoming harmed by the escaping steam.

10. The minor plaintiff and her father also rely upon the doctrine of *Res Ipsa Loquitur*.

11. The minor plaintiff suffered a painful burn from the escaping steam, was required to seek medical care and has been left with a change of the pigmentation of her skin. Her father, Said Mohamed, incurred expense for her medical care.

**WHEREFORE**, the minor plaintiff demands judgment against the Defendants, jointly and severally, in the amount of One Hundred Fifty Thousand Dollars ($150,000.00) plus interest and cost of this action. Plaintiff Said Mohamed demands judgment against the Defedants, jointly and severally in the amount of the medical expenses incurred on behalf of the minor plaintiff in the amount of $1,000.00, plus interest and cost of this action.

Respectfully submitted,

HILTON & SOMER, L.L.C.

By:  /s/ David L. Hilton
David L. Hilton, Esq. #173948
8303 Arlington Blvd. - Suite 102
Fairfax, VA 22031
(703) 560-0700

/s/ Marvin Liss
Marvin Liss, Esq. #433592
5101 Wisconsin Ave., NW - Suite 302
Washington, DC 20016
(202) 237-6300
Counsel for Plaintiffs