**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
HANANE MOHAMED, a minor,        )
by her father and next friend,  )
Said Mohamed                    )
                                )
and                             )
                                )
SAID MOHAMED                    )
4419 Sansom St.                 )
Philidelphia, PA 19104          )
                                )
           Plaintiff,           )
     v.                         )   Civil Action No. 07-1869(RMC)
                                )
UNITED STATES OF AMERICA        )
Serve:                          )
Peter D. Keisler                )
Acting Attorney General         )
of the United States            )
Room B-103                      )
950 Pennsylvania Avenu, N.W.    )
Washington, D.C. 20530-0001     )
                                )
Jeffrey Taylor                  )
U.S. Attorney for               )
the District of Columbia        )
555 4th Street, N.W.            )
5th Floor                       )
Washington, D.C. 20530          )
                                )
and                             )
                                )
GENERAL SERVICES                )
ADMINISTRATION "GSA"            )
Serve:                          )
Eugenia Ellison                 )
Associate General Counsel       )
General Services                )
Administration "GSA"            )
1800 F Street, N.W.             )
Room 4115                       )
Washington, D.C. 20405          )
                                )
and                             )
                                )
EMCOR GOVERNMENT                )
SERVICES INC                    )
t/a Consolidated                )
```

```
Engineering Services            )
Serve:                          )
Corporation Service Company,    )
Registered Agent                )
1090 Vermont Ave. N.W.          )
Washington, D.C. 20005          )
                                )
          Defendants.           )
                                )
_____ )
```

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for federal defendants in the above-captioned case.

                        Respectfully submitted,

                        ___/s/_____
                        DIANE M. SULLIVAN, D.C. Bar #12765
                        Assistant United States Attorney
                        555 Fourth Street, N.W.
                        Room E4919
                        Washington, D.C.  20530
                        (202)514-7205