UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor by her Father and Next Friend, Said Mohamed<br><br>And<br><br>SAID MOHAMED<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>GENERAL SERVICES ADMINISTRATION "GSA"<br><br>And<br><br>EMCOR GOVERNMENT SERVICES, INC., formerly t/a Consolidated Engineering Services<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-CV-1869<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Emcor Government Services, Inc., formerly t/a Consolidated Engineering Services ("Emcor") moves in accordance with Rule 6(b)(1) to extend the time to February 18, 2008 within which to file a responsive pleading to the Complaint filed by the Plaintiffs in this case and in support thereof states as follows:

1. Emcor's initial responsive pleading is currently due on January 28, 2008.

2. Counsel was only recently retained and requires additional time to investigate the allegations and prepare an initial responsive pleading. Due to a pre-existing trial, counsel was not able to conduct the investigation and research necessary to respond to the Complaint by January 28, 2008. This extension is not

being requested to delay these proceedings and will not cause prejudice to the plaintiffs.

3.  Counsel for Plaintiffs has graciously agreed to an extension of time to and including February 18, 2008 within which Emcor may file its responsive pleadings.

WHEREFORE, Emcor respectfully requests this Court to extend the time within which it may file a pleading in response to the Complaint to and including February 18, 2008.

Respectfully Submitted,

Emcor Government Services, Inc.,
Formerly t/a Consolidated Engineering Services

_____
By: Juliane Miller, Esq.

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Emcor Government Services, Inc., formerly t/a Consolidated Engineering Services*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of January 2008, the foregoing Consent Motion for Extension of Time was forwarded electronically to:

David L. Hilton, Esq.
Robert Somer, Esq.
Hilton & Somer, LLC
8303 Arlington Blvd.
Ste. 102
Fairfax, Virginia 22031
*Counsel for Plaintiffs*

Diane M. Sullivan, Esq. D.C. Bar No.: 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

_____
Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor by her Father and Next Friend, Said Mohamed <br><br> And <br><br> SAID MOHAMED <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> GENERAL SERVICES ADMINISTRATION "GSA" <br><br> And <br><br> EMCOR GOVERNMENT SERVICES, INC. formerly t/a Consolidated Engineering Services <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-CV-1869 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the Motion for Extension of Time filed by Defendant Emcor Government Services, Inc., formerly t/a Consolidated Engineering Services, and with the consent of the Plaintiffs, it is hereby,

ORDERED that the Motion for Extension of Time be and the same hereby is Granted; and it is further,

ORDERED that Defendant Emcor Government Services, Inc., formerly t/a Consolidated Engineering Services, shall file its initial responsive pleading on or before February 18, 2008.

It is so Ordered.

_____
Judge, United States District Court, District of Columbia

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Emcor Government Services, Inc. ,formerly t/a Consolidated Engineering Services*

David L. Hilton, Esq.
Robert Somer, Esq.
Hilton & Somer, LLC
8303 Arlington Blvd.
Ste. 102
Fairfax, Virginia 22031
*Counsel for Plaintiffs*

Diane M. Sullivan, Esq. D.C. Bar No.: 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530