UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor by her Father and Next Friend, Said Mohamed )<br>)<br>And )<br>)<br>SAID MOHAMED )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>GENERAL SERVICES ADMINISTRATION )<br>"GSA" )<br>)<br>And )<br>)<br>EMCOR GOVERNMENT SERVICES, INC. )<br>formerly t/a Consolidated Engineering Services )<br>)<br>Defendants. ) | Civil Action No. 07-CV-1869 |

## LOCAL RULE 7.1 DISCLOSURE

Defendant Emcor Government Services, Inc., formerly t/a Consolidated Engineering Services, by and through its attorneys, David Hudgins, Juliane Miller and Hudgins Law Firm and pursuant to Local Rule 7.1 of the United States District Court for the District of Columbia states that to the best of their knowledge and belief, the following are parent companies, subsidiaries or affiliates of Emcor Government Services, Inc. formerly t/a Consolidated Engineering Services, which have any outstanding securities in the hands of the public: EMCOR Group, Inc.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully Submitted,

Emcor Government Services, Inc., formerly t/a Consolidated Engineering Services.

By: Juliane Miller, Esq.

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Emcor Government Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of January 2008, the foregoing Rule 7.1 Disclosure Statement was forwarded electronically to:

David L. Hilton, Esq.
Robert Somer, Esq.
Hilton & Somer, LLC
8303 Arlington Blvd.
Ste. 102
Fairfax, Virginia 22031
*Counsel for Plaintiffs*

Diane M. Sullivan, Esq. D.C. Bar No.: 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

Counsel

2