UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor by her Father and Next Friend, Said Mohamed </br></br>And </br></br>SAID MOHAMED </br></br>   Plaintiffs, </br></br>v. </br></br>UNITED STATES OF AMERICA </br></br>GENERAL SERVICES ADMINISTRATION "GSA" </br></br>And </br></br>EMCOR GOVERNMENT SERVICES, INC., formerly t/a Consolidated Engineering Services </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 07-CV-1869 |

**ANSWER OF DEFENDANT EMCOR GOVERNMENT SERVICES, INC.
FORMERLY T/A CONSOLIDATED ENGINEERING SERVICES
<u>TO COMPLAINT</u>**

Defendant EMCOR Government Services, Inc. formerly t/a Consolidated Engineering Services, ("EMCOR") hereby answers the Complaint filed by plaintiffs Hanane Mohamed and Said Mohamed ("Plaintiffs"), and states as follows:

<u>**FIRST DEFENSE**</u>

The Complaint fails to state a claim upon which relief can be granted.

<u>**SECOND DEFENSE**</u>

Plaintiffs' claims may be barred by contributory and/or comparative negligence.

### THIRD DEFENSE

Plaintiffs' claims may be barred by the doctrine of assumption of the risk.

### FOURTH DEFENSE

Plaintiffs' damages, if any, were not proximately caused by the actions or omissions of EMCOR.

### FIFTH DEFENSE

EMCOR did not breach any duty or warranty owed to the plaintiffs.

### SIXTH DEFENSE

The incident and plaintiffs' alleged injuries may have been the result of acts or omissions of third parties over whom EMCOR is not responsible, and/or a cause or causes over which EMCOR had no control and for which it is not responsible at law to plaintiffs.

### SEVENTH DEFENSE

Plaintiffs' incident and injuries may have been the result of an unavoidable accident.

### EIGHTH DEFENSE

Plaintiffs' causes of action may be barred by the applicable statutes of limitation and repose.

### NINTH DEFENSE

All allegations contained in the Complaint not specifically admitted are denied.

### TENTH DEFENSE

EMCOR reserves the right to assert additional defenses as discovery in this matter proceeds.

**ELEVENTH DEFENSE**

Answering specifically the numbered paragraphs set forth in the Complaint, EMCOR states as follows:

1. Paragraph 1 requires no response. To the extent any response is required EMCOR acknowledges that plaintiffs are attempting to assert the jurisdiction of this Court. Defendant is without knowledge as to the domicile of plaintiffs and therefore whether or not this Court has jurisdiction.

2. EMCOR is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 2.

3. EMCOR is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 3.

4. Paragraph 4 requires no response. To the extent that any response is required, EMCOR states that it is without sufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 4.

5. Admitted that attached to the Complaint is a letter dated April 26, 2007 from Paula DeMuth, GSA Acting Regional Counsel to Robert Somer. EMCOR is without sufficient knowledge and information to admit or deny the remaining allegations set forth in Paragraph 5.

6. EMCOR is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 6 and therefore denies the same.

7. EMCOR denies the allegations contained in paragraph 7.

8. EMCOR denies the allegations contained in paragraph 8.

9. EMCOR denies the allegations contained in paragraph 9.

10. EMCOR denies that the plaintiffs are entitled to rely on the doctrine of *Res Ipsa Loquitor* in this matter.

11. EMCOR denies the allegations contained in paragraph 11.

WHEREFORE, Defendant EMCOR denies that it is liable to plaintiffs in any manner and for any amount and prays that the Court dismiss this matter with prejudice and award its costs and fees incurred herein.

        Respectfully Submitted,

        EMCOR Government Services, Inc.,
        Formerly t/a Consolidated Engineering Services

        ____/s/_____
        Juliane Miller, Esq.

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for EMCOR Government Services, Inc., formerly t/a Consolidated Engineering Services*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of February 2008, the foregoing Answer was forwarded electronically to:

David L. Hilton, Esq.
Robert Somer, Esq.
Hilton & Somer, LLC
8303 Arlington Blvd.
Ste. 102
Fairfax, Virginia 22031
*Counsel for Plaintiffs*

4

Diane M. Sullivan, Esq. D.C. Bar No.: 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

                                                             /s/_____
                                                             Counsel