UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor by her Father and Next Friend, Said Mohamed | ) ) ) |
| And | ) ) |
| SAID MOHAMED | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-CV-1869 ) |
| UNITED STATES OF AMERICA | ) ) |
| GENERAL SERVICES ADMINISTRATION "GSA" | ) ) ) |
| And | ) ) |
| EMCOR GOVERNMENT SERVICES, INC., formerly t/a Consolidated Engineering Services | ) ) ) |
| Defendants. | ) |

**DEFENDANT/CROSS-PLAINTIFF EMCOR GOVERNMENT SERVICES, INC. FORMERLY T/A CONSOLIDATED ENGINEERING SERVICES' CROSS-CLAIM AGAINST CO-DEFENDANTS GENERAL SERVICES ADMINISTRATION AND THE UNITED STATES**

Defendant/cross-plaintiff EMCOR Government Services, Inc. formerly t/a Consolidated Engineering Services, ("EMCOR"), by counsel pursuant to Fed. R. Civ. P. 13 files this Cross-Claim against co-defendants United States and General Services Administration ("US/GSA"), as follows:

    1.    Defendant/cross-plaintiff EMCOR is a named defendant in the Complaint filed by plaintiffs Hanane Mohamed, a minor, and her father Said Mohamed ("plaintiff Mohamed") seeking damages for injuries, losses and expenses

allegedly sustained as a result of an accident which took place on or about July 3, 2005 while Hanane Mohamed and her father Said Mohamed were walking along D Street, close to its intersection with 3rd Street, N.W., in the District of Columbia.

2.  Defendant/cross-plaintiff EMCOR has filed an Answer to plaintiff Mohamed's Complaint denying that it was negligent or otherwise responsible for the alleged personal injuries.

3.  Cross-defendants GSA and the United States own and operate the Heating Operation and Transmission District Steam Distribution Complex (SDC) in Washington D.C. Plaintiff Mohamed alleges in her Complaint that she was injured from scalding steam emitted from a vent which is part of the SDC. On or about August 27, 2004, a contract to perform maintenance, inspection and repair work on the SDC was transferred to Consolidated Engineering Services, which is now known as EMCOR Government Services, Inc. and referred to herein as EMCOR.

4.  Pursuant to the contract, EMCOR provides certain maintenance, inspection and repair services in the SDC. US/GSA solely operates and has control over the SDC. Cross-defendants US/GSA are also primarily responsible for supervision, overseeing and ensuring quality assurance on the repair and maintenance of the SDC.

5.  Defendant/cross-plaintiff EMCOR has denied that any act or omission on its part caused any injury or damages to the plaintiffs. To the extent plaintiffs are entitled to any recovery, their damages were the sole, active and/or primary result of acts or omissions by US/GSA, and not due to any breach of duty on the part of

EMCOR. Defendant/cross-plaintiff EMCOR therefore, is entitled to indemnification or contribution from cross-defendants US/GSA.

## COUNT I

(Indemnification)

6. Paragraphs 1-5 are incorporated herein by reference.

7. In the event EMCOR is adjudged liable to plaintiff Mohamed for any amount of their claimed damages, EMCOR is entitled to complete indemnification from US/GSA based upon their sole, active and/or primary negligence.

## COUNT II

(Contribution)

8. Paragraphs 1-5 are incorporated herein by reference.

9. In the alternative event that EMCOR is adjudged liable to plaintiff Mohamed for any amount of their claimed damages, EMCOR is entitled to contribution from US/GSA based upon their joint negligence.

WHEREFORE, Defendant/cross-plaintiff EMCOR prays that the Court enter judgment against Defendant/cross-defendants US/GSA:

- (a) for all sums that may be adjudged against EMCOR in favor of plaintiff Mohamed;
- (b) for contribution in favor of EMCOR toward the amount of any potential liability assessed against it;
- (c) for any and all attorney fees incurred by EMCOR with this suit; as may be permitted by law, and/or expressly provided by contract;
- (d) for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

EMCOR Government Services, Inc.,
Formerly t/a Consolidated Engineering Services


___/s/_____
Juliane Miller, Esq.

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for EMCOR Government Services, Inc., formerly t/a Consolidated Engineering Services*


**CERTIFICATE OF SERVICE**

I certify that on this 14th day of February 2008, the foregoing Defendant /cross plaintiff EMCOR Government Services, Inc. formerly t/a Consolidated Engineering Services' Cross -Claim against Co-defendants General Services Administration and the United States was forwarded electronically to:

David L. Hilton, Esq.
Robert Somer, Esq.
Hilton & Somer, LLC
8303 Arlington Blvd.
Ste. 102
Fairfax, Virginia 22031
*Counsel for Plaintiffs*

Diane M. Sullivan, Esq. D.C. Bar No.: 12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530


___/s/_____
Juliane C. Miller