```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
_____
                              )
HANANE MOHAMED, a minor,      )
by her father and next friend,)
Said Mohamed                  )
                              )
            Plaintiffs,       )
     v.                       )   Civil Action No. 07-1869(RMC)
                              )
UNITED STATES OF AMERICA,     )
et al.                        )
                              )
            Defendants.       )
                              )
_____)
```

**FEDERAL DEFENDANT'S ANSWER TO COMPLAINT AND CROSS-CLAIM**

**FIRST DEFENSE**

Plaintiffs' complaint should be dismissed for failure to state a claim against the federal defendant upon which relief can be granted.

**SECOND DEFENSE**

To the extent that plaintiffs may be found to have sustained any injuries or damages, those alleged injuries or damages were proximately caused by the intervening, joint, and/or superceding acts and/or omissions of persons or entities other than an employee or agency of the United States and were not caused by any acts and/or omission of any employee or entity of the United States.

**THIRD DEFENSE**

The complaint should be dismissed because any and all of the injuries and damages allegedly sustained were due to plaintiffs'

own fault, contributory negligence and/or assumption of the risk.

### FOURTH DEFENSE

The federal defendant herein incorporates by reference, as if fully stated, all of the defenses previously stated, and answers the individually-numbered paragraphs of the complaint and prayer for relief as follows:

1. Paragraph 1 sets forth a jurisdictional allegation, not averments of fact to which an answer is required. To the extent a response is required, the allegation is admitted.

2. Defendant presently is without sufficient information to admit or deny the allegations in Paragraph 2.

3. Paragraph 3 constitutes a characterization of this complaint, not averments of fact to which an answer is required. To the extent a response is required, the allegations are denied.

4. Defendant presently is without sufficient information to admit or deny the allegations in Paragraph 4.  Therefore, they are denied.

5. Admitted.

6. Defendant is presently without sufficient information to admit or deny the allegations in Paragraph 6.  Therefore, they are denied.

7.   Defendant is presently without sufficient information to admit or deny the allegations in Paragraph 7.  Therefore, they are denied.

8.   The federal defendant admits that EMCOR Government Services, Inc. was at the time of the alleged incident complained of responsible for the operation, maintenance, and repair of the Heating, Operation, and Transmission District Steam Distribution Complex which is responsible for steam distribution. The federal defendant has insufficient information to admit or deny the remaining allegations of Paragraph 8.  Therefore, the remaining allegations are denied.

9.   Denied.

10.  The federal defendant denies that the doctrine of <u>res ispa loquitor</u> applies.

11.  The federal Defendant is presently without sufficient information to admit or deny the allegations in Paragraph 11. Therefore, they are denied.

The unnumbered paragraph following Paragraph 11 contains a prayer for relief.  The federal defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever.  Defendant denies all other allegations of the complaint not specifically admitted and denies that plaintiff is entitled to any relief.

WHEREFORE, the defendant prays that the Court dismiss this action with prejudice, and the Court grant such other relief that it deems just and proper.

## **FEDERAL DEFENDANTS' CROSS CLAIM OF DEFENDANTS AGAINST EMCOR**

1.   The United States of America, by and through the General Services Administration, entered into a contract with EMCOR Government Services, Inc. ("EMCOR"), on or about August 27, 2004, for the maintenance and repair of the Steam Distribution Complex.

2.   At the time of the incident complained of herein, EMCOR was responsible for the repair and maintenance of the Steam Distribution Complex.

3.   The federal defendant denies any liability whatsoever. Nonetheless, if the allegations contained in the Complaint are proven, then the injury was caused solely by the negligence of co-defendant EMCOR. In the unlikely event that plaintiff recovers against the federal defendant, the federal defendant seeks contractual and/or common law indemnity and/or contribution from EMCOR.

WHEREFORE, the federal defendant demands indemnity and/or contribution as against co-defendant EMCOR and that the Court grant such other relief it deems just and proper.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205