IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
HANANE MOHAMED, a minor,       )
by her father and next friend, )
Said Mohamed                   )
                               )
            Plaintiffs,        )
    v.                         )  Civil Action No. 07-1869(RMC)
                               )
UNITED STATES OF AMERICA,      )
et al.                         )
                               )
            Defendants.        )
                               )
_____)
```

**FEDERAL DEFENDANT'S ANSWER TO CROSS CLAIM**

**FIRST DEFENSE**

Cross-Plaintiff's cross claim against Federal Defendant should be dismissed because any and all damages allegedly sustained by plaintiffs were due to Plaintiffs' own fault, contributory negligence and/or assumption of the risk or an unavoidable accident.

**SECOND DEFENSE**

To the extent that Plaintiffs may be found to have sustained any injuries or damages, those alleged injuries or damages were proximately cause by the intervening, joint, and/or superceding acts and/or omissions of persons or entities other than an employee or agency of the United States and were not caused by any acts and/or omission of any employee or entity of the United States.

**THIRD DEFENSE**

Cross-Plaintiff's cross claim against Federal Defendant should be dismissed for failure to state a claim upon which relief may be granted.

**FOURTH DEFENSE**

The Federal Defendant incorporates by reference herein, all of the defenses previously stated, and answers the individually-numbered paragraphs of the Cross-Plaintiff's cross claim, as follows:

1. Paragraph 1 sets forth a jurisdictional allegation, not averments of fact to which an answer is required. To the extent a response is required, the allegations are admitted.

2. Admitted.

3. The Federal Defendant admits that the General Services Administration ("GSA") owns the Heating, Operation, and Transmission District Steam Distribution Complex ("HOTD") in Washington, DC.  The Federal Defendant denies that it operates the HOTD in Washington, DC.  Federal Defendant avers that independent contractors, including the Defendant/Cross-Plaintiff are responsible for the inspection, repair and maintenance of the HOTD in Washington, DC.  The Federal Defendant admits that Plaintiff alleges in her complaint that she was injured from steam which emitted from a vent.  The Federal Defendant denies that Plaintiff alleges in her Complaint that the subject vent is

2

part of the HOTD in Washington, D.C.  The Federal Defendant admits that the contract for inspection, repair, and maintenance of the HOTD in Washington, DC was modified and a novation was signed on August 27, 2004, effective August 30, 2004, such that the inspection, repair and maintenance was thereafter performed by Consolidated Engineering Services.  The Federal Defendant admits that Consolidated Engineering Services is now known as EMCOR Government Services, Inc (EMCOR).  Any allegation inconsistent with the foregoing is denied.

4.   The Federal Defendant admits that Cross-Plaintiff is responsible for inspection, repair, and maintenance of the HOTD under its contract.  The remaining allegations of Paragraph 4 are denied, except to admit that GSA owns SDC.

5.   The first sentence is admitted.  The remainder of Paragraph 5 is denied.  The Cross-Plaintiff is not entitled to indemnification and/or contribution from the Federal Defendant.

6.   The Federal Defendant incorporates by reference herein, its answers to Paragraphs 1 – 5.

7.   Denied.

8.   The Federal Defendant incorporates by reference herein, all of its answers to Paragraphs 1 – 5.

9.   Denied.

The remainder of the Cross-Claim is EMCOR's prayer for relief, to which no response is required.  To the extent that any

answer may be deemed required, the Federal Defendant denies that Cross-Plaintiff is entitled to the relief requested or to any relief whatsoever. The Federal Defendant denies all other allegations of the Cross-Plaintiff not otherwise admitted and denies that Cross-Plaintiff is entitled to any contribution or indemnity.

WHEREFORE, having fully answered the cross claim, the Federal Defendant prays that the cross claim be dismissed with prejudice, and that the Court grant such other relief that it deems just and proper.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Of Counsel:
CHRISTIAN A. GUZZANO
Assistant Regional Counsel, WL
General Services Administration