# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANANE MOHAMED, a minor, by her father and next friend, Said Mohamed | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-1869(RMC) ) |
| UNITED STATES OF AMERICA, et al. | ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

## JOINT MOTION FOR REFERRAL TO A MAGISTRATE-JUDGE

The Plaintiff and Defendants respectfully move for early ADR in this matter. The parties request that a Magistrate Judge be assigned to handle Mediation/ADR before discovery begins. The parties believe that, with the assistance of a Magistrate Judge, there is a likelihood that a resolution, short of extensive discovery and trial, can be reached.

Respectfully Submitted,

__/s/__David Lee Hilton_____  
DAVID LEE HILTON  
8303 Arlington Boulevard  
Fairfax, VA 22031  
Phone: (703) 560-0700

___/s/___Jeffrey A. Taylor_____  
JEFFREY A. TAYLOR, D.C. BAR # 498610  
United States Attorney

___/s/__Rudolph Contreras_____  
RUDOLPH CONTRERAS, D.C. BAR # 434122  
Assistant United States Attorney

__/s/__Marvin Liss_____  
MARVIN LISS  
5101 Wisconsin Avenue NW  
Suite 302  
Washington, D.C. 20016  
Phone: (202) 237-6300

__/s/ Diane M. Sullivan_____  
DIANE M. SULLIVAN, D.C. Bar #12765  
Assistant United States Attorney  
555 4TH St., N.W.,  
Room E4919  
Washington, D.C.  20530  
Phone: (202) 514-7205

Attorneys for Plaintiff

Attorneys for the Federal Defendant  
United States of America

__/s/__ David D. Hudgins_____  
DAVID D. HUDGINS, D.C. Bar #362451  
JULIANE CORROON MILLER, D.C. Bar #446783  
Hudgins Law Firm, PC  
515 King Street  
Suite 400  
Alexandria, VA 22314  
Phone: (703) 739-3300

Attorneys for Defendant EMCOR Government Services Inc.