REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1346 Tort Claim | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1869 | DATE REFERRED:<br>4/2/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>HANANE MOHAMED, et al | DEFENDANT(S):<br>UNITED STATES OF AMERICA, et al |
|---|---|

ENTRIES:

This case is referred to mediation for a period of 60) days, beginning on 4/3/08.